■ EMPIRE STATE NEWS CORPORATION, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 59173-A.) (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in *Scheur v State of New York* (65 AD2d 921). (Appeal from judgment of Court of Claims—appropriation.) Present—Marsh, P. J., Cardamone, Simons, Dillon and Schnepp, JJ.